UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MAR 0 6 2007

**Plaintiff(s)/Petitioner(s),**
Karlsson Group Inc, et. al.
vs.
Langley Farm Investments, LLC
et al.
**Defendant(s)/Respondent(s)**

CASE NO: CV07-457 ~~2:2005cv02500~~

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

NOTICE: Please submit the $100 fee with your application.

I, __Meir J. Westreich__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Anders Karlsson and Karlsson Group Inc.__

CITY AND STATE OF PRINCIPAL RESIDENCE: __Los Angeles, CA__
FIRM NAME: __Meir J. Westreich Attorney at law__
ADDRESS: __221 E. Walnut__          SUITE: __200__
CITY: __Pasadena__     STATE: __CA__    ZIP: __91101__
FIRM/BUSINESS PHONE: (626) __440-9906__
FIRM FAX PHONE: (626) __440-9970__      E-MAIL ADDRESS: __Meirjw@aol.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Supreme Court, State of California | Dec. 22, 1976 | (Yes) / No* |
| U.S. District Court, CD Cal. | June 1, 1978 | (Yes) / No* |
| U.S. Court of Appeals, Ninth Circuit | April 6, 1981 | (Yes) / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
  Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  Y/(N)
  Have you ever been disbarred from practice in any Court?  Y/(N)

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__Feb. 28, 2007__
Date                              Signature of Applicant

Fee Receipt # _____

**SCANNED**
(Rev. 11/06)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Plaintiff(s)/Petitioner(s),
Karlsson Group Inc, et. al.
vs.
Langley Farm Investments, LLC
et. al.
Defendant(s)/Respondent(s)

CASE NO:   2:2005cv02500

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| U.S. Supreme Court | 7/16/90 | YES |
| U.S. District Court, SD Cal. | Sep. 15, 1983 | YES |
| U.S. District Court, ED Cal. | Oct. 25, 1991 | YES |

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Meir J. Westreich, Bar No. 73133

was duly admitted to practice in this Court on   June 2, 1978

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on March 1, 2007

_DATE_



SHERRI R. CARTER, CLERK

By   Brenda L Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR