**WO**

1
2
3
4
5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Karlsson Group, Inc., et al.,                                  )
                                                               )
                           Plaintiffs,                         )        No. CV-07-0457-PHX-PGR
              vs.                                              )
                                                               )
Langley Farm Investments, LLC, et                             )                  ORDER
al.,                                                           )
                                                               )
                           Defendants.                         )
_____                               )

IT IS ORDERED that the Stipulation for Dismissal With Prejudice as to Third Party Defendants Keyt Only (doc. #73) is accepted and that Defendant/Third Party Plaintiff Rensko, Inc., and Millard "Mickey" Oksner's Third-Party Complaint (doc. #32) is dismissed with prejudice only as to third-party defendant Richard Keyt.[1]

IT IS FURTHER ORDERED Defendant/Third Party Plaintiff Rensko, Inc., and Millard "Mickey" Oksner's Motion to Dismiss Third-Party Complaint Without Prejudice (**doc. #55**) is granted and that Defendant/Third Party Plaintiff Rensko, Inc., and Millard "Mickey" Oksner's Third-Party Complaint (**doc. #32**) is dismissed

---

[1]

        While the stipulation for dismissal states in part that the Keyt Law Firm, P.C. is also dismissed with prejudice from the Third Party Complaint, there is no such defendant named in the Third Party Complaint.

without prejudice as to all remaining third-party defendants: Meir Westreich, Norman Colin Keyt, Michael Stone, Petrified Forest Ranch, LLC, Robert Goot, Donna Jean Cooper, and Larry Frazin.

IT IS FURTHER ORDERED that Defendant/Third-Party Plaintiff Rensko, Inc., and Millard "Mickey" Oksner's Motion to Strike Petrified Forest Ranch, LLC, Norm C. Keyt, Meir J. Westreich, Robert Goot, Lawrence Frazin, Donna Cooper and Michael's Stone's Joinder to the Motion to Dismiss Third-Party Complaint Without Prejudice (**doc. #60**) is granted for the reasons stated therein and that the Joinder of Third Party Defendants in Motion to Dismiss Third Party Complaint by Rensko, Inc. And Millard "Mickey" Oksner (**doc. #57**) is stricken from the record.

DATED this 20th day of December, 2007.

Paul G. Rosenblatt
United States District Judge

- 2 -