**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karlsson Group, Inc., et al., <br><br>         Plaintiffs, <br>    vs. <br><br> Langley Farm Investments, LLC, et al., <br><br>         Defendants. | No. CV-07-0457-PCT-PGR <br><br> ORDER |

On May 16, 2007, the Langley and Van Wagner parties filed a Motion to Dismiss the Complaint, or, in the Alternative, Motion to Stay Proceedings, and on June 29, 2007, the parties, with the exception of Rensko, Inc. and Millard "Mickey" Oksner, stipulated to staying these proceedings, which stay encompassed the prosecution of the motion to dismiss.  The stipulation was based on the pendency of a related case, Langley Farm Investments, LLC v. Petrified Forest Ranch Co., 1 CA-CV 06-0295, before the Arizona Court of Appeals.  The stipulation stated that the state court appeal concerned the issue of whether Langley Farm Investments had an enforceable contract with Petrified Forest Ranch and was thus central to the claims made by the Karlsson parties in this action. On February 7, 2008, the Langley and Van Wagner parties filed both a notice stating that the Arizona Court of Appeals has rendered its decision and a

motion requesting that the briefing on their motion to dismiss now be allowed to proceed.

Since the Court has no information at all before it as to how the Arizona Court of Appeals resolved the issue before it or how that decision, stated to be central to this action, impacts the pending motion to dismiss, the Court concludes that the pending motion should be denied without prejudice to being re-filed in a revised format that takes into account whatever decision was rendered by the Arizona Court of Appeals.   Therefore,

IT IS ORDERED that the Langley and Van Wagner Parties' Request to Move Forward with the Langley and Van Wagner Parties' Motion to Dismiss (doc. #90) is denied.

IT IS FURTHER ORDERED that the Langley and Van Wagner Parties' Motion to Dismiss the Complaint, or, in the Alternative, Motion to Stay Proceedings (doc. #11) is denied without prejudice to a revised motion to dismiss being filed that incorporates the legal and factual impact on this action of the decision rendered by the Arizona Court of Appeals in Langley Farm Investments, LLC v. Petrified Forest Ranch Co., 1 CA-CV 06-0295.

IT IS FURTHER ORDERED that any revised motion to dismiss shall be filed no later than **March 17, 2008**.

DATED this 11th day of February, 2008.

Paul G. Rosenblatt
United States District Judge