**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karlsson Group, Inc., et al., <br><br>        Plaintiffs, <br>   vs. <br><br> Lnagley Farm Investments, LLC, et al.,, <br><br>        Defendants. | No. CV-07-0457-PHX-PGR <br><br> ORDER |

IT IS ORDERED that the Stipulation to Dismiss With Prejudice (doc. #104) is accepted and that all claims in the Amended Complaint against defendants ACRES4U Land & Development, LLC, Stan C. Strom, and Brenda L. Strom are dismissed with prejudice.

IT IS FURTHER ORDERED that the Joinder in Langley and Van Wagner Parties' Amended Motion to Dismiss the Complaint (doc. #93), filed by defendants ACRES4U Land & Development, LLC, Stan C. Strom, and Brenda L. Strom, is deemed withdrawn.

DATED this 23rd day of May, 2008.

Paul G. Rosenblatt
United States District Judge