**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karlsson Group, Inc., et al., <br><br>            Plaintiffs, <br>     vs. <br><br> Langley Farm Investments, LLC, et al., <br><br>            Defendants. | No. CV-07-0457-PHX-PGR <br><br> ORDER |

IT IS ORDERED that the Stipulated Motion to Dismiss With Prejudice Claims by and Against Rensko, Inc. and Millard "Mickey" Oksner (doc. #108) is granted pursuant to Fed.R.Civ.P. 41(a) as follows:[1]

(1) All of the claims in the First Amended Complaint of Plaintiffs Karlsson Group, Inc. and Anders Karlsson against Defendants Rensko, Inc. and Millard "Mickey" Oksner are dismissed with prejudice;

(2) All of the counterclaims of Counterclaimants Rensko, Inc. and Millard "Mickey" Oksner against Counter-defendants Karlsson Group, Inc. and Anders Karlsson are dismissed with prejudice;

---

[1] Counsel are admonished that the submission of a proposed form of order as an integral part of a stipulated motion violates LRCiv 7.1(b)((3).

(3) All of the third party claims of formerly Third Party Plaintiffs Rensko, Inc. and Millard "Mickey" Oksner against Third Party Defendants Petrified Forest Ranch, LLC, Donna Cooper, Robert Goot, Lawrence Frazin, Norman Colin Keyt, Michael Stone and Meir J. Westreich, which were all previously dismissed without prejudice, are all now dismissed with prejudice.

DATED this 19th day of September, 2008.

Paul G. Rosenblatt
United States District Judge