IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karlsson Group, Inc., et al.,<br><br>         Plaintiffs,<br>   vs.<br><br>Langley Farm Investments, LLC, et al.,<br><br>         Defendants. | No. CV-07-0457-PHX-PGR<br><br>ORDER |

IT IS ORDERED that defendants Albert E. Van Wagner and Albert E. Van Wagner, Jr., P.C.'s Motion for Substitution of Counsel (doc. #137) is granted pursuant to LRCiv 83.3(b)(1) and that Timothy J. Thomason and his law firm, Mariscal, Weeks, McIntyre & Friedlander, P.A., are substituted as counsel of record for Albert E. Van Wagner and Albert E. Van Wagner, Jr., P.C. in place of Albert E. Van Wagner.

DATED this 7th day of January, 2010.

_____
Paul G. Rosenblatt
United States District Judge